IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA DIRECT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARHAUS, LLC d/b/a ARHAUS FURNITURE, )<br>TIMOTHY STOVER, BRAD VOELPEL, )<br>AND JESSICA DAUGHERTY, )<br>)<br>Defendants. ) | No. 2:14-cv-02727 JPM tmp |

**RESPONSE OF DEFENDANT BRAD VOELPEL IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER, RESPONSE IN OPPOSITION TO MOTION FOR EXPEDITED DISCOVERY AND CROSS MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant Brad Voelpel ("Voelpel") submits this response in opposition to the motion for temporary restraining order and motion for expedited discovery filed by plaintiff Williams-Sonoma Direct, Inc. Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, defendant Voelpel cross moves to dismiss this action for lack of subject matter jurisdiction under 28 U.S.C. § 1332(a) and joins in the motion to dismiss filed by defendant Arhaus, LLC and Timothy Stover [DK 31].

In the motion for temporary restraining order, plaintiff Williams-Sonoma Direct, Inc. seeks a temporary restraining order against defendants with respect to alleged misappropriation of trade secrets, breach of contract, breach of duty of loyalty and tortious interference with contract. On September 19, 2014, counsel for Plaintiff filed the instant motion and supporting materials under seal [DK 19]. On September 25, 2014, counsel for Plaintiff filed a motion to

expedited discovery [DK 25].

These motions should be denied. This Court lacks diversity jurisdiction under 28 U.S.C. § 1332(a) over the litigation. Williams-Sonoma Direct, Inc., a California corporation, is not the proper plaintiff in this action. The proper plaintiff (and real party in interest) is Williams-Sonoma, Inc., a Delaware corporation. At all relevant times, defendant Voelpel was employed by Williams-Sonoma, Inc. *See* Declaration of Brad Voelpel, ¶¶ 2-10 (Exs. A-F)[DK 31-1]; Corporate Disclosure Statement of Arhaus, LLC [DK 35]. Because Williams-Sonoma, Inc. is a Delaware corporation and defendant Arhaus, LLC is owned in part by a member Delaware corporation, this Court lacks diversity jurisdiction over the case if the proper party Williams-Sonoma, Inc. was the plaintiff. *See Delay v. Rosenthal Collins Grp., Inc.*, 585 F.3d 1003, 1005 (6th Cir. 2009). Pursuant to Rules 12(b)(1), 12(g)(3) and 17(a) of the Federal Rules of Civil Procedure, the Court should ignore the sham plaintiff, substitute Williams-Sonoma, Inc. as the real party in interest and dismiss this case for lack of subject matter jurisdiction ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.").

For the foregoing reasons, defendant Brad Voelpel requests that the Court deny the motion for temporary restraining order; deny the motion for expedited discovery; order that Williams-Sonoma, Inc. be substituted for plaintiff Williams-Sonoma Direct, Inc. as the real party in interest pursuant to Fed. R. Civ. P. 17(a); grant defendant Voelpel's cross motion to dismiss this case pursuant to Fed. R. Civ. P. 12(b)(1) and 12(g)(3) for lack of subject matter jurisdiction; and such other relief that the Court deems appropriate under these circumstances.

Respectfully submitted,

/s/   David M. Rudolph
David M. Rudolph (#13402)
BOURLAND, HEFLIN, ALVAREZ, MINOR &
 MATTHEWS, PLC
5400 Poplar Avenue, Suite 100
Memphis, TN 38119
Tel: (901) 683-3526; Fax: (901) 763-1037
drudolph@bhammlaw.com

*Attorneys for Defendant Brad Voelpel*

## CERTIFICATE OF SERVICE

I certify that the foregoing pleading has been filed electronically and notice of such filing was made electronically to Plaintiff's counsel and Defendants' counsel pursuant to the Electronic Case Filing Rules of the United States District Court for the Western District of Tennessee Western Division on September 26, 2014:

Glen G. Reid , Jr.
Robert L. Craddock
Robert L. Crawford
Amber D. Floyd
WYATT TARRANT & COMBS, LLP- Memphis
1715 Aaron Brenner Dr., Ste. 800
Memphis, TN 38120
greid@wyattfirm.com
rcraddock@wyattfirm.com
lcrawford@wyattfirm.com
afloyd@wyattfirm.com

Lynne C. Hermle
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
lchermle@orrick.com

Michael D. Weil
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
405-773-5700
mweil@orrick.com

Jeff Weintraub
FISHER & PHILLIPS, LLP
Renaissance Center
1715 Aaron Brenner Dr., Ste. 312
Memphis, TN 38120
jweintraub@laborlawyers.com

Michael Peter Elkon
FISHER & PHILLIPS LLP
1075 Peachtree St., N.E.
Suite 3500
Atlanta, GA 30309
melkon@laborlawyers.com

Alan G. Crone
CRONE & MCEVOY, PLC
5583 Murray Road, Suite 120
Memphis, TN 38119
acrone@thecmfirm.com

Laura Ann Elizabeth Bailey
CRONE & MCEVOY, PLC
5583 Murray Road, Suite 120
Memphis, TN 38119
lbailey@thecmfirm.com

Robbin W. Hutton
FORD & HARRISON LLP
795 Ridge Lake Blvd.
Suite 300
Memphis, TN 38120
rhutton@fordharrison.com

                                              /s/   David M. Rudolph